IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHANDRA LYONS,**                                                                                       **PLAINTIFF**
**ADC #704518**

v.                                   Case No. 1:14-cv-00117-KGB-JTK

**BRANSCRUM,** *et al.*                                                                              **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 6). After a review of the Proposed Findings and Recommendations, and the timely objections received thereto (Dkt. No. 7), as well as a *de novo* review of the record, the Court adopts them in their entirety.

It is therefore ordered that:

1. Plaintiff Chandra Lyons's motion to proceed *in forma pauperis* is denied (Dkt. No. 5).

2. Though Ms. Lyons states that she agreed to pay $50.00 per month (Dkt. Nos. 10, 11), based on the record, she has not paid the $400.00 statutory filing fee. Should Ms. Lyons wish to continue in this case, she must submit the statutory filing fee of $400.00 to the Clerk, noting the above case style and number, together with a motion to reopen the case, within 10 days of the date of this Order. Upon receipt of the motion and full payment, the case will be reopened.

3. Ms. Lyons's complaint and amended complaint are dismissed without prejudice.

4. Ms. Lyons's other pending motions are denied without prejudice as moot (Dkt. Nos. 8, 9, 17, 19, 20, 21).

An appropriate Judgment shall accompany this Order.

SO ORDERED this the 21st day of May, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE